ORIGINAL

SCANNED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - CHANGE OF PLEA

**SEND**

Case No: __CR 06-498-DSF__                    Date: __August 7, 2006__

PRESENT: HONORABLE DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| Paul Pierson | Pamela Seijas | Wes Hsu |
|---|---|---|
| Court Clerk | Court Reporter | Asst. U. S. Attorney |

INTERPRETER: __N/A__

| U.S.A. vs (Dft listed below) | Attorney for Defendant |
|---|---|

1) Alexander Gluzman
 X  pres  ___custody  X  bond

1) Daniel Gibalevich
 X  pres  ___apptd  X  retnd

PROCEEDINGS:     ENTRY OF GUILTY OF PLEA

 √  Defendant moves to enter a guilty plea to an Information.

 √  Defendant sworn.

 √  Defendant enters new and different plea of GUILTY to Counts 1 and 2.

 √  The Court advises defendant of his Constitutional rights and questions the defendant regarding plea of GUILTY. The Court FINDS there is an independent factual basis for his plea and further FINDS the plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights. The Court accepts the plea and orders that the plea be entered.

 √  The Court refers the defendant to the Probation Office for investigation and report and the matter is continued to **Monday, 12/11/06 at 8:30 a.m.** for sentencing.

 √  The Court vacates the jury trial date for this defendant.

 √  The Court, with the concurrence of the Government, allows the defendant to remain on bond and advises of the consequences of a violation of terms and conditions or a failure to appear.

 ___  Other: _____.

cc:  U.S. PRETRIAL SERVICES
   U.S. PROBATION - *Assignment Coordinator*
   U.S. MARSHAL

MINUTES FORM 6
CRIM - GEN (rev 3-21-06)



DOCKETED ON CM

'AUG  9 2007

BY ___ 172

Time - :35

Initials of Deputy Clerk ___

17